COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-05-438-CV

 

 

IN RE LEONARD R. DORSETT                                                   RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s AMotion
For New Bond@ which we construe as a petition
for writ of mandamus.  The court is of
the opinion that relief should be denied. 
Accordingly, relator=s AMotion
For New Bond@ is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL A: HOLMAN, J.; CAYCE, C.J.; and LIVINGSTON,
J.

 








DELIVERED: January 5, 2006











    [1]See
Tex. R. App. P. 47.4.